No. 1417. SHERWOOD ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 1418. SANDOVAL ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1422. SHAW ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1427. AETNA LIFE INSURANCE Co. *v.* LESTER. C. A. 5th Cir. Certiorari denied.

No. 1437. ARMSTRONG EQUIPMENT Co. *v.* CLARK EQUIPMENT Co. ET AL. C. A. 5th Cir. Certiorari denied.

No. 1458. COSTEN ET VIR *v.* HIRSCHBACH MOTOR LINE ET AL. Sup. Ct. La. Certiorari denied.

No. 1462. SPARKS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 1466. DEMOCRATIC ORGANIZATION OF COOK COUNTY ET AL. *v.* SHAKMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 1486. ATLAS ENGINE WORKS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 6071. BOOTH *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 6127. SCOTT *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.